No. 426. Ohio ex rel. Vaad Hachinuch Hacharedi (Traditional Education Council) *v.* Baxter et al.,

828

MEMBERS OF THE CITY PLANNING COMMISSION OF CLEVE-
LAND HEIGHTS. *Per Curiam:* The motion to dismiss is granted and the
appeal is dismissed for want of jurisdiction. § 237 (a),
Judicial Code, as amended, 28 U. S. C. § 344 (a). Treat-
ing the papers whereon the appeal was allowed as a peti-
tion for a writ of certiorari as required by § 237 (c) of
the Judicial Code, as amended, 28 U. S. C. § 344 (c),
certiorari is denied. *Ezra Shapiro* for appellant. *Howell
Leuck* for appellees.